516

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
DENNY DIAZ, Appellant. [916 NYS2d 504]—

Judgment, Supreme Court, New York County (Renee A.
White, J.), rendered September 2, 2008, as amended September
9, 2008, convicting defendant, upon his plea of guilty, of at-
tempted burglary in the second degree, and sentencing him, as
a second felony offender, to a term of three years, unanimously
affirmed.

The court properly denied defendant's motion to dismiss the
indictment, made on the ground of alleged denial of defendant's
constitutional right to a speedy trial (see People v Taranovich,
37 NY2d 442, 445 [1975]). The delay was entirely attributable
to defendant, who unlawfully failed to appear and was returned
on a bench warrant approximately 6½ years later. Defendant
could have terminated the delay at any time by complying with
the law and surrendering himself (see e.g. People v Atkins, 4
AD3d 252, 253 [2004], lv denied 2 NY3d 795 [2004]; see also
People v Ortiz, 60 AD3d 563 [2009], lv denied 12 NY3d 919
[2009]). In any event, to the extent the actions of the authori-
ties in searching for an absconding defendant may be relevant,
we find that the police made reasonably diligent efforts.
Furthermore, the remaining Taranovich factors weigh in favor
of the People. Concur—Tom, J.P., Saxe, DeGrasse, Freedman
and Román, JJ.